UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OLHA NOHA,                                    )
                                              )
                 Plaintiff,                   )
                                              )
        v.                                    )        Civil Action No. 25-2362 (UNA)
                                              )
                                              )
WASHINGTON METROPOLITAN AREA )
TRANSIT AUTHORITY, *et al.*,                  )
                                              )
                 Defendants.                  )

## MEMORANDUM OPINION

This matter is before the court on plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and *pro se* complaint, ECF No. 1. The Court grants the application and dismisses the complaint.

The Court holds a *pro se* complaint to a "less stringent standard[]" than is applied to a pleading drafted by a lawyer. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, a *pro se* litigant must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of res judicata applies. *See Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court dismisses the complaint for the simple reasons that there are no factual allegations. Plaintiff submits the complaint on a preprinted form, and aside from identifying the parties, asserting federal question jurisdiction, and signing the form, *see* Compl. at 1-3, 5, the form is blank. Because the complaint falls well short of Rule 8's minimal pleading standard, the Court will dismiss it without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: August 11, 2025

/s/
JIA M. COBB
United States District Judge